ADAMJEE INSURANCE
17 WEST HILLGROW
LA GRANGE, IL 60525


ARROWHEAD LANDSCAPE SUPPLY INC.
731 W. PARK AVE.
AURORA, IL 60506


BERMAN AND SONS, LTD. ACCOUNTANTS
23160 LINCOLN HIGHWAY, SUITE 200
PLAINFIELD, IL 60586


BRICK & STONE SUPPLIES, INC.
28W600 ROOSEVELT RD.
WINFIELD, IL 60190


COUNTRYSIDE LANDSCAPE SUPPLY, INC.
15423 RIDGE RD.
MINOOKA, IL 60447


COUNTRYSIDE LANDSCAPE SUPPLY, INC.
C/O CHRISTINE NCASEY/QUERRE & HARROW LTD
3180 THEORDORE ST., SUITE 205
JOLIET, IL 60435


DAMIRS LANDSCAPING
GOLDEN OAKS PARKWAY
AURORA, IL 60506


ENVIRONMENTAL RECYCLE AND DISPOSAL
PO BOX 675
ORLAND PARK, IL 60462


GRAND RENTAL STATION SHOREWOOD
200 W. BLACK RD.
SOREWOOD, IL 60404

```
ILLINOIS DEPARTMENT OF EMPLOYMENT SECURI
CHICAGO REGION - REVENUE
527 S. WELLS
CHICAGO, IL 60607-3922




ILLINOIS DEPARTMENT OF REVENUE
ICS PAYMENT AND CORRESPONDENCE UNIT
PO BOX 19043
SPRINGFIELD, IL 62794-9043




IRS
Insolvency Remittance
Post Office Box 21125
Philadelphia, PA 19114-0325




KAKNES LANDSCAPE SUPPLY, INC.
31W545 DIEHL RD.
NAPERVILLE, IL 60563




NARVICK CONCRETE
C/O ROMSON, BOLLING & ASSOCIATES
4570 VAN NUYS BLVD. #331
SHERMAN OAKS, CA 91403




SAFECO
ADAMJE INSURANCE AGENCY, INC.
17 W. HILLGROVE AVE.
LA GRANGE, IL 60525-2015




SAFECO INSURANCE COMPANY OF AMERICA
SURETY DIRECT BILL
PO BOX 11223
TACOMA, WA 98411-0223




STAR TOTAL PRINT SOLUTIONS
1911 GLACIER PARK AVE. SUITE135
NAPERVILLE, IL 60540




TECHNOLOGY INSURANCE COMPANY
C/O RMS COLLECTIONS
77 HARTLAND ST. SUITE 401
EAST HARTFORD, CT 06128-0431
```

```
YARDWORK LANDSCAPE SUPPLY INC.
3955 TURNER AVE.
PLANO, IL 60545
```

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

In Re:                                      Bankruptcy Case Number: _____

**PRAIRIE STONE LANDSCAPE, INC.**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____

The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated: **8/20/2009**                        **s/ William M. Yarbrough**
                                            **William M. Yarbrough**
                                                        Debtor

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**PRAIRIE STONE LANDSCAPE, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if<br>more than one, state all): **26-033-4882** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1006 EDGEWATER DR.**<br>**MORRIS, IL**<br>ZIP CODE **60450** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**MORRIS** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor
(Form of Organization)
(Check **one** box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check **one** box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

#### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☑ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

**Estimated Number of Creditors**

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **PRAIRIE STONE LANDSCAPE, INC.** |

<table>
<tr><td colspan="3" align="center"><b>All Prior Bankruptcy Cases Filed Within Last 8 Years</b> (If more than two, attach additional sheet.)</td></tr>
<tr><td>Location<br>Where Filed:    <b>NONE</b></td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>Location<br>Where Filed:</td><td>Case Number:</td><td>Date Filed:</td></tr>
</table>

<table>
<tr><td colspan="3" align="center"><b>Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor</b> (If more than one, attach additional sheet)</td></tr>
<tr><td>Name of Debtor:<br><b>NONE</b></td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>District:</td><td>Relationship:</td><td>Judge:</td></tr>
</table>

<table>
<tr>
<td align="center"><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>❑   Exhibit A is attached and made a part of this petition.</td>
<td align="center"><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X   <u>Not Applicable</u><br>      Signature of Attorney for Debtor(s)      Date</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

❑   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

❑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

❑   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

❑   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

❑   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

❑   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

❑   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

❑   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **PRAIRIE STONE LANDSCAPE, INC.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X **/s James M. Durkee**
Signature of Attorney for Debtor(s)

**James M. Durkee  Bar  No.  6296297**
Printed Name of Attorney for Debtor(s) / Bar No.

**Garretson Law Office**
Firm Name

**1802 N. Division St. Suite 201**

Address

**Morris, IL 60450**

**(815) 941-2825**          **(815) 941-2840**
Telephone Number

**8/20/2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ William M. Yarbrough**
Signature of Authorized Individual

**William M. Yarbrough**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**8/20/2009**
Date

## United States Bankruptcy Court

### Northern District of Illinois

In re:                                                                    Case No. _____

                                                                          Chapter   **7**

   **PRAIRIE STONE LANDSCAPE, INC.**


## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION


   I, **WILLIAM M. YARBROUGH**, declare under penalty of perjury that I am the sole general partner of **PRAIRIE STONE LANDSCAPE, INC.**, a **ILLINOIS** limited partnership, and that I am authorized to file a voluntary petition commencing a chapter 7 voluntary bankruptcy case on behalf of the partnership.


Executed on:   **8/20/2009**_____          Signed:   **s/ William M. Yarbrough**_____
                                                              **WILLIAM M. YARBROUGH**

**B6A (Official Form 6A) (12/07)**

In re:  **PRAIRIE STONE LANDSCAPE, INC.**
                          Debtor

Case No. _____
                    **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

Total ➢ **0.00**

(Report also on Summary of Schedules.)

**B6B (Official Form 6B) (12/07)**

In re   **PRAIRIE STONE LANDSCAPE, INC.**                    ,          Case No. _____
　　　　　　　　　　　　　Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BUSINESS ACCOUNT AT HARRIS BANK #4802465750** | | 300.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **PAYROLL ACCOUNT AT HARRIS BANK #480 246 5955** | | 87.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **PRAIRIE STONE LANDSCAPE, INC.**                                    ,        Case No. _____
                                   Debtor                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 2 CHAIRS | | 50.00 |
| Office equipment, furnishings, and supplies. | | 2 DESKS | | 100.00 |
| Office equipment, furnishings, and supplies. | | FAX MACHINE | | 50.00 |
| Office equipment, furnishings, and supplies. | | OFFICE SUPPLIES | | 25.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | SHOVELS, RAKES, HOES, PICKS, MALLETS, HAMMER, SCREWDRIVER AND DRILL | | 300.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

**In re**  **PRAIRIE STONE LANDSCAPE, INC.** ,                    **Case No.** _____
                 **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

                        __2__    continuation sheets attached          Total    ⁂    **$    912.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6D (Official Form 6D) (12/07)**

In re   **PRAIRIE STONE LANDSCAPE, INC.**                                    .          Case No. _____
            **Debtor**                                                                                            **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | | |
| | | | **VALUE** _____ | | | | | |

<u>0</u>    continuation sheets
          attached

|  | Subtotal ➤ (Total of this page) | | | $            0.00 | $            0.00 |
|---|---|---|---|---|---|
|  | Total ➤ (Use only on last page) | | | $            0.00 | $            0.00 |
|  | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**B6E (Official Form 6E) (12/07)**

In re   **PRAIRIE STONE LANDSCAPE, INC.** _____   Case No. _____
                                                            Debtor                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

In re **PRAIRIE STONE LANDSCAPE, INC.**, _____    Case No. _____
_____ (If known)
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.  **4518225**<br>**ILLINOIS DEPARTMENT OF EMPLOYMENT SECURI**<br>**CHICAGO REGION - REVENUE**<br>**527 S. WELLS**<br>**CHICAGO, IL 60607-3922** | | | **TAXES** | | | | 1,871.06 | 0.00 | $1,871.06 |
| ACCOUNT NO.<br>**ILLINOIS DEPARTMENT OF REVENUE**<br>**ICS PAYMENT AND CORRESPONDENCE UNIT**<br>**PO BOX 19043**<br>**SPRINGFIELD, IL 62794-9043** | | | **TAXES** | | | | 18,153.97 | 0.00 | $18,153.97 |
| ACCOUNT NO.<br>**IRS**<br>**Insolvency Remittance**<br>**Post Office Box 21125**<br>**Philadelphia, PA 19114-0325** | | | **TAX** | | | | 31,054.86 | 0.00 | $31,054.86 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ►
(Totals of this page)
$ **51,079.89** | $ **0.00** | $ **51,079.89**

Total  ►
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)
$ **51,079.89**

Total  ►
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )
$ **0.00** | $ **51,079.89**

B6F (Official Form 6F) (12/07)

In re   **PRAIRIE STONE LANDSCAPE, INC.** _____      Case No. _____
                              Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐      Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 26,127.39 |
| ARROWHEAD LANDSCAPE SUPPLY INC. 731 W. PARK AVE. AURORA, IL 60506 | | | SUPPLIES | | | | |
| ACCOUNT NO. | | | | | | | 1,194.50 |
| BERMAN AND SONS, LTD. ACCOUNTANTS 23160 LINCOLN HIGHWAY, SUITE 200 PLAINFIELD, IL 60586 | | | SUPPLIES | | | | |
| ACCOUNT NO. | | | | | | | 1,361.08 |
| BRICK & STONE SUPPLIES, INC. 28W600 ROOSEVELT RD. WINFIELD, IL 60190 | | | SUPPLIES | | | | |
| ACCOUNT NO. | | | | | | | 14,805.19 |
| COUNTRYSIDE LANDSCAPE SUPPLY, INC. C/O CHRISTINE NCASEY/QUERRE & HARROW LTD 3180 THEORDORE ST., SUITE 205 JOLIET, IL 60435 COUNTRYSIDE LANDSCAPE SUPPLY, INC. 15423 RIDGE RD. MINOOKA, IL 60447 | | | SUPPLIES | | | | |

     2   Continuation sheets attached

Subtotal ➤ $ 43,488.16

Total ➤ $ _____

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **PRAIRIE STONE LANDSCAPE, INC.**                     Case No. _____
                                    Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**DAMIRS LANDSCAPING**<br>**GOLDEN OAKS PARKWAY**<br>**AURORA, IL 60506** | | | **SUPPLIES** | | | | 1,900.00 |
| ACCOUNT NO. **144240**<br>**ENVIRONMENTAL RECYCLE AND DISPOSAL**<br>**PO BOX 675**<br>**ORLAND PARK, IL 60462** | | | **RECYCLING AND DISPOSAL SERVICE** | | | | 109.90 |
| ACCOUNT NO. **1417**<br>**GRAND RENTAL STATION SHOREWOOD**<br>**200 W. BLACK RD.**<br>**SOREWOOD, IL 60404** | | | **SUPPLIES** | | | | 825.55 |
| ACCOUNT NO.<br>**KAKNES LANDSCAPE SUPPLY, INC.**<br>**31W545 DIEHL RD.**<br>**NAPERVILLE, IL 60563** | | | **SUPPLIES** | | | | 2,502.15 |
| ACCOUNT NO. **12700**<br>**NARVICK CONCRETE**<br>**C/O ROMSON, BOLLING & ASSOCIATES**<br>**4570 VAN NUYS BLVD. #331**<br>**SHERMAN OAKS, CA 91403** | | | **SUPPLIES** | | | | 1,688.29 |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $                7,025.89

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re   **PRAIRIE STONE LANDSCAPE, INC.**                                    Case No. _____
                                        **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**SAFECO**<br>**ADAMJE INSURANCE AGENCY, INC.**<br>**17 W. HILLGROVE AVE.**<br>**LA GRANGE, IL 60525-2015**<br><br>**SAFECO INSURANCE COMPANY OF AMERICA**<br>**SURETY DIRECT BILL**<br>**PO BOX 11223**<br>**TACOMA, WA 98411-0223** | | | **BOND PAYMENTS** | | | | 300.00 |
| ACCOUNT NO.<br><br>**STAR TOTAL PRINT SOLUTIONS**<br>**1911 GLACIER PARK AVE. SUITE135**<br>**NAPERVILLE, IL 60540** | | | **SUPPLIES** | | | | 498.60 |
| ACCOUNT NO.   **TARIL19140-00**<br><br>**TECHNOLOGY INSURANCE COMPANY**<br>**C/O RMS COLLECTIONS**<br>**77 HARTLAND ST. SUITE 401**<br>**EAST HARTFORD, CT 06128-0431**<br><br>**ADAMJEE INSURANCE**<br>**17 WEST HILLGROW**<br>**LA GRANGE, IL 60525** | | | **INSURANCE** | | | | 603.00 |
| ACCOUNT NO.<br><br>**YARDWORK LANDSCAPE SUPPLY INC.**<br>**3955 TURNER AVE.**<br>**PLANO, IL 60545** | | | **SUPPLIES** | | | | 72,848.08 |

Sheet no.  2 of 2 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ＞  $                          **74,249.68**

Total  ＞  $                          **124,763.73**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

**James M. Durkee   6296297**
**Garretson Law Office**
**1802 N. Division St.**
**Suite 201**
**Morris, IL 60450**

**(815) 941-2825**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In Re:
Debtor: **PRAIRIE STONE LANDSCAPE, INC.**
Social Security Number:   **26-033-4882**

Case No:

Chapter  **7**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| **1.** | **Priority Claims** | **$   0.00** |
| **2.   ARROWHEAD LANDSCAPE SUPPLY INC.**<br>**731 W. PARK AVE.**<br>**AURORA, IL 60506** | **Unsecured Claims** | **$ 26,127.39** |
| **3.   BERMAN AND SONS, LTD. ACCOUNTANTS**<br>**23160 LINCOLN HIGHWAY, SUITE 200**<br>**PLAINFIELD, IL 60586** | **Unsecured Claims** | **$ 1,194.50** |
| **4.   BRICK & STONE SUPPLIES, INC.**<br>**28W600 ROOSEVELT RD.**<br>**WINFIELD, IL 60190** | **Unsecured Claims** | **$ 1,361.08** |
| **5.   COUNTRYSIDE LANDSCAPE SUPPLY, INC.**<br>**C/O CHRISTINE NCASEY/QUERRE & HARROW**<br>**8130 THEORDORE ST., SUITE 205**<br>**JOLIET, IL 60435** | **Unsecured Claims** | **$ 14,805.19** |

In re:   **PRAIRIE STONE LANDSCAPE, INC.**                                    Case No. _____

| | | | |
|---|---|---|---|
| **6 .** | **DAMIRS LANDSCAPING**<br>**GOLDEN OAKS PARKWAY**<br>**AURORA, IL 60506** | **Unsecured Claims** | **$ 1,900.00** |
| **7 .** | **ENVIRONMENTAL RECYCLE AND DISPOSAL**<br>**PO BOX 675**<br>**ORLAND PARK, IL 60462** | **Unsecured Claims** | **$ 109.90** |
| **8 .** | **GRAND RENTAL STATION SHOREWOOD**<br>**200 W. BLACK RD.**<br>**SOREWOOD, IL 60404** | **Unsecured Claims** | **$ 825.55** |
| **9 .** | **ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY**<br>**CHICAGO REGION - REVENUE**<br>**527 S. WELLS**<br>**CHICAGO, IL 60607-3922** | **Priority Claims** | **$ 1,871.06** |
| **10 .** | **ILLINOIS DEPARTMENT OF REVENUE**<br>**ICS PAYMENT AND CORRESPONDENCE UNIT**<br>**PO BOX 19043**<br>**SPRINGFIELD, IL 62794-9043** | **Priority Claims** | **$ 18,153.97** |
| **11 .** | **IRS**<br>**Insolvency Remittance**<br>**Post Office Box 21125**<br>**Philadelphia, PA 19114-0325** | **Priority Claims** | **$ 31,054.86** |
| **12 .** | **KAKNES LANDSCAPE SUPPLY, INC.**<br>**31W545 DIEHL RD.**<br>**NAPERVILLE, IL 60563** | **Unsecured Claims** | **$ 2,502.15** |
| **13 .** | **NARVICK CONCRETE**<br>**C/O ROMSON, BOLLING & ASSOCIATES**<br>**4570 VAN NUYS BLVD. #331**<br>**SHERMAN OAKS, CA 91403** | **Unsecured Claims** | **$ 1,688.29** |
| **14 .** | **SAFECO**<br>**ADAMJE INSURANCE AGENCY, INC.**<br>**17 W. HILLGROVE AVE.**<br>**LA GRANGE, IL 60525-2015** | **Unsecured Claims** | **$ 300.00** |

In re:    **PRAIRIE STONE LANDSCAPE, INC.**                    Case No. _____

15.  **STAR TOTAL PRINT SOLUTIONS**           **Unsecured Claims**              **$    498.60**
     **1911 GLACIER PARK AVE. SUITE135**
     **NAPERVILLE, IL 60540**


16.  **TECHNOLOGY INSURANCE COMPANY**         **Unsecured Claims**              **$    603.00**
     **C/O RMS COLLECTIONS**
     **77 HARTLAND ST. SUITE 401**
     **EAST HARTFORD, CT 06128-0431**


17.  **YARDWORK LANDSCAPE SUPPLY INC.**       **Unsecured Claims**          **$  72,848.08**
     **3955 TURNER AVE.**
     **PLANO, IL 60545**

In re:   **PRAIRIE STONE LANDSCAPE, INC.**                    Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or
imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

 I, **PRAIRIE STONE LANDSCAPE, INC.** , named as debtor in this case, declare under penalty of perjury that I have
have read the foregoing Numbered Listing of Creditors, consisting of **3 sheets** (not including this declaration), and that it is true to
the best of my information and belief.

Signature:   **s/ William M. Yarbrough** _____

             **PRAIRIE STONE LANDSCAPE, INC.**

Dated:       **8/20/2009** _____

**B6G (Official Form 6G) (12/07)**

In re:   **PRAIRIE STONE LANDSCAPE, INC.**                   Case No. _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **ROBERT KETTELL CONST. CORP.**<br>**8S271 DERBY DR.**<br>**NAPERVILLE, IL 60540** | **LEASING OUTSIDE STORAGE AT 10117 S. BODE ST. PLAINFIELD, IL** |

**B6H (Official Form 6H) (12/07)**

In re: **PRAIRIE STONE LANDSCAPE, INC.** _____.        Case No. _____
                              **Debtor**                                        **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **PRAIRIE STONE LANDSCAPE, INC.** _____ ,  Case No. _____
Debtor

Chapter  **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $124,763.73 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $124,763.73 |

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court

### Northern District of Illinois

In re **PRAIRIE STONE LANDSCAPE, INC.** _____ ,
                                    Debtor

Case No. _____

Chapter   _7_ _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $      0.00 | | |
| B - Personal Property | YES | 3 | $    912.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $      0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $   51,079.89 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $  124.763.73 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 12 | $    912.00 | $   175,843.62 | |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re  **PRAIRIE STONE LANDSCAPE, INC.** _____          Case No. _____
                              Debtor                                                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **William M. Yarbrough**, the **President** of the **Corporation** named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of     **13**_____ sheets *(Total shown on summary page plus 1)*,
and that they are true and correct to the best of my knowledge, information, and belief.

Date   **8/20/2009**_____          Signature:     **s/ William M. Yarbrough**_____

                                                                              **William M. Yarbrough President**_____
                                                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re:   **PRAIRIE STONE LANDSCAPE, INC.**                          Case No. _____

                                                                    Chapter   **7**   _____
           Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **1,500.00** |
| Prior to the filing of this statement I have received | $ | **1,500.00** |
| Balance Due | $ | **0.00** |

2. The source of compensation paid to me was:

   ☑ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor              ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e)   [Other provisions as needed]
        **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **8/20/2009**   _____

                                   **/s James M. Durkee** _____
                                   **James M. Durkee, Bar No.  6296297**

                                   **Garretson Law Office**
                                   Attorney for Debtor(s)

---

# United States Bankruptcy Court
# Northern District of Illinois

In re   **PRAIRIE STONE LANDSCAPE, INC.**                    Case No.

Debtor.                                                       Chapter   **7**


## STATEMENT OF CORPORATE OWNERSHIP

Comes now **PRAIRIE STONE LANDSCAPE, INC.** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:


____**X**____   All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**                                                    **% of Shares Owned**

**WILLIAM M. YARBROUGH**                                     **100**
**1006 EDGEWATER DR.**
**MORRIS, IL 60450**


OR,

_____   There are no entities to report.


By /s James M. Durkee
_____
**James M. Durkee**
Signature of Attorney

Counsel for     **PRAIRIE STONE LANDSCAPE, INC.**
Bar no.:        **6296297**
Address.:       **Garretson Law Office**
                **1802 N. Division St.**
                **Suite 201**
                **Morris, IL 60450**
Telephone No.:  **(815) 941-2825**
Fax No.:        **(815) 941-2840**
E-mail address: **jdurkee@hotmail.com**